```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANDREW TORO                                                       :
                                                                  :
                        Plaintiff,                                :
                                                                  :         22 Civ. 8505 (JPC)
        -v-                                                       :
                                                                  :         ORDER
MERDEL GAME MANUFACTURING CO.,                                    :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 13, 2022, Plaintiff served Defendant with copies of the Summons and Complaint.  Dkt. 5.  Defendant's deadline to respond to the Complaint was therefore January 3, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 11, 2023.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 18, 2023.

SO ORDERED.

Dated: January 4, 2023
      New York, New York

                                                   JOHN P. CRONAN
                                          United States District Judge